opinion filed June 7, 1948; rehearing denied June 21, 1948; released for publication June 23, 1948. Marshall, Murtaugh & Burgeson, for appellant; Lewis C. Murtaugh, of counsel; Damon, Hayes, White, Walk & Hoban, for appellee; Bernard Hoban and Vance C. Smith, Jr., of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full.

## Meyer Poll, Appellee, v. Robert O. Gossett, Appellant.
## Gen. No. 44,436.

opinion filed June 7, 1948; released for publication June 23, 1948. Rockey & Rockey, for appellant; Loren Bush Rockey, of counsel; Louis L. Cohen, for appellee; Samuel S. Berger, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full.

## Elizabeth Borchart, Appellee, v. City of Chicago, Appellant.
## Gen. No. 44,361.

opinion filed June 14, 1948; released for publication June 28, 1948. Benjamin S. Adamowski, Corporation Counsel, for appellant; L. Louis Karton, Head of Appeals and Review Division and Sydney R. Drebin, Assistant Corporation Counsel, of counsel; Finn & Fitzpatrick and Louis Dunn, for appellee. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.

## Sarah Whittaker, Appellant, v. Chicago Motor Coach Company and E. N. Reinhardt, Appellees.

### Gen. No. 44,307.

opinion filed June 14, 1948; released for publication June 28, 1948. James A. Dooley, for appellant; Barrett, Barrett, Costello & Barrett, for certain appellee; John W. Costello, of counsel; Heth, Lister & Flynn, for certain other appellee; John C. Menk, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full.